*In re* CRYSELL S. TORRES CRUZ.

*Número:* 4826          *Resuelto:* 25 de agosto de 1995

*Nydia Martínez de Lajara,* Directora Interina de la Oficina de Inspección de Notarías.

PER CURIAM: El 11 de mayo de 1994, la Lcda. Nydia Martínez de Lajara, Directora Interina de la Oficina de Inspección de Notarías, nos informó que la Lcda. Crysell S. Torres Cruz no había rendido los índices notariales correspondientes a mayo y diciembre de 1994, y desde esa fecha hasta marzo de 1995, en incumplimiento con el Art. 12 de la Ley Notarial de Puerto Rico, 4 L.P.R.A. sec. 2023.

En su escrito, la licenciada Martínez de Lajara expuso las gestiones que conducían a lograr su remisión. Sin embargo, fueron infructuosas; la notario Torres Cruz hizo caso omiso.

El 16 de junio le notificamos personalmente a la notario Torres Cruz que le concedíamos treinta (30) días para que sometiera dichos índices. Fue apercibida de que su incumplimiento conllevaría su suspensión de la práctica de la abogacía.

Ha transcurrido el término sin noticias de la licenciada Torres Colón. Su inacción tiende a reflejar una actitud de indiferencia y menosprecio al cumplimiento de sus obligaciones notariales. *In re Cordero Negrón,* 137 D.P.R. 310 (1994); *In re Ribas Dominicci I,* 131 D.P.R. 491 (1992). Interpretamos su silencio como que no tiene interés en continuar ejerciendo la profesión; tampoco tiene interés en exponernos su posición.

Estas circunstancias nos mueven a decretar su suspensión temporera de la abogacía hasta que dispongamos lo contrario. *In re Bonaparte Rosaly,* 131 D.P.R. 908 (1992); *In re Nicot Santana,* 130 D.P.R. 210 (1992); *In re Santiago Méndez,* 129 D.P.R. 696 (1991).

*Se dictará la sentencia correspondiente.*

Los Jueces Asociados Señor Rebollo López, Señora Naveira de Rodón y Señor Fuster Berlingeri no intervinieron.